IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00393-MR

| | |
|---|---|
| i play, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IN MOCEAN GROUP, LLC, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Michael J. Bradford as counsel *pro hac vice*. [Doc. 9]. Pursuant to the Local Rules, a motion seeking *pro hac vice* admission "shall be submitted to the Court upon the forms prescribed by this Court," LCvR 83.1(C)(2), which in this case is W.D.N.C. Local Form 65. Attorney Admissions, http://www.ncwd.uscourts.gov/attorney-admissions (last visited March 29, 2017).[1] Because the Plaintiff did not use Local Form 65, the Plaintiff's motion shall be denied without prejudice.

---

[1] A copy of this form is available at
http://www.ncwd.uscourts.gov/sites/default/files/general/prohacvicattyadmit_0.pdf

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 9] is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Signed: April 5, 2017

Martin Reidinger
United States District Judge