IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00393-MR

| | | |
|---|---|---|
| i play., inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| In Mocean Group, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Stipulation and Motion to Transfer Action [Doc. 20].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' motion [Doc. 20] is **GRANTED**, and this case is hereby transferred to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Signed: August 30, 2017

Martin Reidinger
United States District Judge